IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| KHAMBAY PANYANOUVONG, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|        v. | ) | 1:07cv625 (JCC) |
| | ) | |
| VIENNA WOLFTRAP HOTEL, | ) | |
| | ) | |
|     Defendant. | ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant's Motion to Dismiss is GRANTED;

(2) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

THIS ORDER IS FINAL.

November 30, 2007  _____/s/_____
Alexandria, Virginia               James C. Cacheris
                                    UNITED STATES DISTRICT COURT JUDGE